LAW OFFICES OF
# MICHAEL K. CHONG LLC

2 EXECUTIVE DRIVE, STE. 720
FORT LEE, NEW JERSEY 07024
**(201) 947-5200   FAX (201) 708-6676**

_____

WWW. MKCLAWGROUP.COM

| MICHAEL K. CHONG ‡ | NEW YORK:<br>1250 BROADWAY 36TH FL. STE. 300<br>NEW YORK, NEW YORK 10001<br>(212) 726-1104  FAX (212) 726-3104 | HOBOKEN:<br>300 HUDSON STREET. STE. 10<br>HOBOKEN, NEW JERSEY 07030<br>(201) 203-7476    FAX (201) 708-6676 |
|---|---|---|
| ‡  MEMBER, NJ BAR, U.S.D.C. NEW JERSEY<br>   SDNY, NEW YORK<br>   EDNY, NEW YORK<br>   U.S.C.A. 2ND CIRCUIT | *Please Reply to: FORT LEE* | EMAIL: MKC@MKCLAWGROUP.COM |

June 12, 2017

*Via ECF; Total Pages: 1*
Honorable Judith C. McCarthy, U.S.M.J.
U.S. District Court
300 Quarropas Street
White Plains, NY 10601

    Re:    Abdel-Motilep et al v. Super Pumper D, Inc. et al
            Case No: 7:15-cv-08448-KMK

Dear Judge McCarthy:

    This office represents Defendants in the above referenced matter. A Pre-Motion Conference is currently scheduled for June 15, 2017 at 10:30 a.m. I will be in New Jersey, and as such, for purposes of cost effectiveness, I respectfully request permission to appear by phone. I have reached out to Plaintiff's Counsel to obtain consent to for a phone conference for the Pre-Motion Conference, however, Plaintiff's counsel does not consent and did not provide a reason as to same.

    Thank you for your kind courtesies in addressing this matter.

                                                  Respectfully submitted,

                                                  *Michael K. Chong*

                                                  Michael K. Chong, Esq.

MKC/ vz
   cc:    Adam Rodd, Esq.
           Alana R. Bartley, Esq.